UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>MA CERES, LLC, et al.,<br><br>  Defendants. | Case No.  1:22-cv-00784-DAD-BAM<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS**<br><br>(Doc. 5) |

On August 3, 2022, Plaintiff Darren Gilbert and Defendant Ma Ceres, LLC filed a stipulation to extend the deadline by not more than twenty-eight (28) days for Defendant to respond to the complaint.  (Doc. 5.)  The parties indicate that the original due date to respond to the complaint was August 1, 2022, and agree that Defendant shall have until August 29, 2022, to respond to the complaint.  (*Id.* at 2.)  The parties explain that good cause exists for this extension because defense counsel has just been retained and requires time to become knowledgeable about the case to prepare an initial pleading.  (*Id.*)

Local Rule 144(a) permits an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint be filed without approval of the Court.  In this instance, however, the parties filed their stipulation after the initial deadline to respond and included a proposed order.  Generally, requests for Court-approved extensions brought on or after the required filing date are looked upon with disfavor.  *See* L.R. 144(d).  Nevertheless, the Court

finds good cause for the requested extension. Accordingly, the parties' stipulation to extend the deadline for Defendant Ma Ceres, LLC to respond to the complaint is GRANTED. Defendant Ma Ceres, LLC shall file a responsive pleading on or before August 29, 2022.

IT IS SO ORDERED.

Dated: **August 8, 2022**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE