THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
MA CERES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>MA CERES, LLC; TURQUOISE ENTERPRISES LLC D/B/A JENNY'S,<br><br>    Defendants. | Case No. 1:22-cv-00784-DAD-BAM<br><br>**Stipulation and ~~Proposed~~ Order to Extend Time for Defendant Ma Ceres, LLC to Respond to Initial Complaint**<br><br>Current response date: 8/29/2022<br>New response date:  9/26/2022 |

IT IS HEREBY STIPULATED by and between Plaintiff DARREN GILBERT ("Plaintiff") and Defendant MA CERES, LLC ( "Defendant") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

  1. Plaintiff agrees to give Defendant an extension of time to respond to the Complaint.

  2. The original due date for Defendant to respond to the Complaint was on August 1, 2022.  The Parties thereafter agreed to extend the due date to August 29, 2022, which was approved by the Court.

  3. The Parties have since then continued exploring settlement and continue to do so.

4. It is agreed and stipulated that the new due date for Defendant to respond to the Complaint will be September 26, 2022. This extension of time is Defendant's second extension and does not alter the date of any event or deadline already fixed by Court order.

The Parties jointly request that the Court enter an Order consistent with the foregoing.  Good cause exists for this extension for the purpose of reducing fees and costs, as counsel are continuing to explore settlement in this action, are actively involved in settlement negotiations, and believe that the additional time to investigate this matter and engage in further settlement discussions that will be afforded by the requested extension of time to respond to the Complaint will facilitate, and increase the chances of, early settlement of this matter.  It is hoped that, as a result of the requested continuance and additional time to investigate and negotiate, a settlement as to all claims and all Parties will be reached in this matter.

DATED:  8/24/2022                    **MOORE LAW FIRM, P.C.**

By:     /s/ Tanya E. Moore
　　　Tanya E. Moore, Esq.
Attorneys for Plaintiff
DARREN GILBERT

DATED:  8/24/2022                    **THE KARLIN LAW FIRM LLP**

By:     /s/ Michael J. Karlin
　　　Michael J. Karlin, Esq.
Attorneys for Defendant
MA CERES, LLC

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant Ma Ceres, LLC, to respond to the complaint is extended to September 26, 2022.

IT IS SO ORDERED.

Dated:   **August 24, 2022**            　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE